1  KAWAHITO & SHRAGA LLP
   David R. Shraga (No. 229098)
2  11845 W. Olympic Blvd., Suite 665
   Los Angeles, CA 90064
3  Telephone:  (310) 746-5301
   Facsimile:  (310) 593-2520
4  E-mail:     david@kawahitoshraga.com

5  PATTISHALL MCAULIFFE NEWBURY
   HILLIARD & GERALDSON LLP
6  Jonathan S. Jennings (*Pro Hac Vic*e)
   Phillip Barengolts (*Pro Hac Vice*)
7  Daniel I. Hwang (*Pro Hac Vice*)          JS-6
   311 South Wacker Drive, Suite 5000
8  Chicago, IL 60606
   Telephone: (312) 554-8000
9  Facsimile:  (312) 554-8015

10 ATTORNEYS FOR PLAINTIFFS
   PepsiCo, Inc. and The Concentrate
11 Manufacturing Company of Ireland

12                 UNITED STATES DISTRICT COURT

13            FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                       WESTERN DIVISION

15

16 PEPSICO, INC., a North Carolina        CASE NO.
   corporation, THE CONCENTRATE
17 MANUFACTURING COMPANY              CV 10-06833 DDP (FFMx)
   OF IRELAND, a corporation
18 governed by the laws of the Republic   **ORDER RE: ENTRY OF FINAL**
19 of Ireland,                            **JUDGMENT**

20
               Plaintiffs,
21        vs.
22 SPE TRADING, INC., a California
   corporation, and DOES 1-10,
23

24

25             Defendants.

26

27

BASED ON THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that:

1.   This Court has subject matter jurisdiction by virtue of the fact that:

    (a)   this is an action arising under the Trademark Act of 1946, as amended, 15 U.S.C. §§ 1051, et seq. (the Lanham Act), jurisdiction being conferred in accordance with 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a) and (b); and

    (b)   jurisdiction for the California common-law claims is conferred in accordance with the principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

2.   This Court has personal jurisdiction over SPE Trading, a California corporation.

3.   Venue is proper in this Court under 28 U.S.C. § 1391(b) in that SPE Trading does business in this district and a substantial part of the events or omissions giving rise to the claims occurred in this district.

4.   PepsiCo owns, *inter alia*, the following federal trademark registrations issued by the United States Patent and Trademark Office for the PEPSI, PEPSI-COLA and Globe Design trademarks (collectively, the "PEPSI marks") used in connection with its PEPSI products:

| MARK | REG. NO. | REG. DATE | GOODS |
|---|---|---|---|
| PEPSI | 824,150 | Feb. 14, 1967 | Soft drinks and syrups and concentrates for the preparation thereof |
| PEPSI-COLA | 824,151 | Feb. 14, 1967 | Soft drinks and syrups and |

- 1 -

[PROPOSED] ORDER RE: ENTRY OF FINAL JUDGMENT

| | | | concentrates for the preparation thereof |
|---|---|---|---|
|  | 824,153 | Feb. 14, 1967 | Soft Drinks |
| PEPSI and Design | 2,100,417 | Sept. 23, 1997 | Soft drinks |
| PEPSI and Design | 2,104,304 | Oct. 7, 1997 | Soft drinks |

Said registrations are valid, subsisting and incontestable and constitute conclusive evidence of PepsiCo's exclusive right to use the PEPSI marks for the goods specified in the registrations, pursuant to 15 U.S.C. §§ 1065 and 1115(b).

5.    CMCI owns, *inter alia*, the following federal trademark registrations issued by the United States Patent and Trademark Office for the MANZANITA SOL marks (collectively, the "MANZANITA SOL marks") used in connection with its MANZANITA SOL products:

| MARK | REG. NO. | REG. DATE | GOODS |
|---|---|---|---|
| MANZANITA SOL | 3,156,112 | October 17, 2006 | Soft drinks, and syrups and concentrates for making the same. |
| MANZANITA SOL and Design | 3,167,654 | November 7, 2006 | Soft drinks, and syrups and concentrates for |

|  |  |  | making the same. |
|--|--|--|------------------|

Said registrations are valid, subsisting and incontestable and constitute conclusive evidence of CMCI's exclusive right to use the MANZANITA SOL marks for the goods specified in the registrations, pursuant to 15 U.S.C. §§ 1065 and 1115(b).

6. Without Plaintiffs' consent, SPE Trading has sold in the United States soft drinks manufactured and meant for sale in Mexico bearing the PEPSI and MANZANITA SOL marks (hereinafter "Mexican product").

7. The Mexican product sold by SPE Trading contain material differences from authorized PEPSI and MANZANITA SOL products meant for sale in the United States.

8. SPE Trading's continued sale of Mexican product in the United States without Plaintiffs' consent constitutes:

    (a)    trademark infringement in violation of section 32 of the Lanham Act, 15 U.S.C. § 1114;

    (b)    unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a);

    (c)    unfair competition in violation of California Business & Professions Code § 17200 *et seq.*;

    (d)    trademark infringement and unfair competition in violation of California common law;

    (e)    dilution in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c);

    (f)    dilution in violation of California Business & Professions Code § 14247; and

    (g)    a breach of contract in violation of California common law.

9.    SPE Trading, its subsidiaries, affiliates, related entities, agents, servants, employees, successors and assigns, and all others in active concert or participation with them, shall be permanently enjoined and restrained from the importation into, and the dealing, marketing, sale or distribution in the United States of soft drinks manufactured or bottled and meant for sale in Mexico, or any other foreign country, bearing the following PepsiCo trademarks: (a) PEPSI; (b) PEPSI-COLA; (c) a distinctive red, white and blue logo; (d) combinations of variations on this logo with PEPSI and PEPSI-COLA; (e) MANZANITA SOL; and (f) MANZANITA SOL and Design.

10.    This Court shall retain jurisdiction over this action for purposes of construing and ensuring compliance with this Stipulation For Entry of Final Judgment and the Court's Order thereon.

11.    The suit against the Doe defendants is dismissed without prejudice.

12.    Each party shall bear its own costs.

**Dated: December 10, 2010**

_____

The Hon. Dean D. Pregerson

U.S. District Judge

Respectfully submitted,

KAWAHITO & SHRAGA LLP
David R. Shraga (No. 229098)
11845 W. Olympic Blvd., Suite 665
Los Angeles, CA 90064
Telephone:  (310) 746-5301
Facsimile:  (310) 593-2520
E-mail: david@kawahitoshraga.com

PATTISHALL MCAULIFFE NEWBURY
HILLIARD & GERALDSON LLP

[PROPOSED] ORDER RE: ENTRY OF FINAL JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Jonathan S. Jennings (*Pro Hac Vice*)
Phillip Barengolts (*Pro Hac Vice*)
Daniel I. Hwang (*Pro Hac Vice*)
311 South Wacker Drive, Suite 5000
Chicago, IL 60606
Telephone: (312) 554-8000
Facsimile:  (312) 554-8015

ATTORNEYS FOR PLAINTIFFS
PepsiCo, Inc. and The Concentrate
Manufacturing Company of Ireland

- 5 -